BEFORE THE SECOND DIVISION, AUGUST 25, 1960

**No. 64468.**—Keystone Brass & Rubber Co. *v.* United States, protest 234277–K (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of seamless brass tubes the same in all material respects as those the subject of Abstract 59897, the claim of the plaintiff was sustained.

AUGUST 25, 1960

**No. 64469.**—SUIT 4998.—C. J. Tower & Sons *v.* United States.—

—C.D. 2062 affirmed January 6, 1960. C.A.D. 734.

BEFORE THE SECOND DIVISION, AUGUST 30, 1960

**No. 64470.**—Catholic Manufacturing Co., Inc., et al. *v.* United States, protests 327948–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rosary bracelets the same in all material respects as those the subject of *The J. Orlando Co., Inc., et al.* v. *United States* (43 Cust. Ct. 115, C.D. 2114), the claim of plaintiffs was sustained.